AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

**KENNTH L. LONGERBEAM**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 18, 2007 and December 19, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**using a facility of interstate commerce, a telephone, knowingly attempted to persuade, induce, entice, and coerce an individual, under the age of eighteen to engage in sexual activity under such circumstances as would constitute a criminal offense by any person under 22 District Columbia Code §3008.**

in violation of Title __18__ United States Code, Section(s) __2422(b)__.

I further state that I am __DETECTIVE TIMOTHY PALCHAK__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE TIMOTHY PALCHAK**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____  at  __Washington, D.C.__
Date                                    City and State

_____       _____
Name & Title of Judicial Officer         Signature of Judicial Officer

**STATEMENT OF FACTS**

On approximately 3:36 p.m. on December 18, 2007, within the District of Columbia, a cooperating witness ("CW") sent a text message by telephone to the defendant, KENNETH L. LONGERBEAM, asking "what's up". The CW sent a second message, asking whether the defendant could talk. The defendant, responded by text messaging to the CW's telephone 'at approximately 6:06 p.m.

Over the course of the next approximately 90 minutes, the defendant and the CW exchanged text messages. The CW indicated he had a boy coming over and that was going to engage in sex with him. The defendant asked how old the child was; the CW indicated the child was 14 years old, and in response to the defendant's question whether he was going to "fuck" the child, the CW indicated that he was going to engage in anal sex with the boy. The defendant asked whether the boy was "into 3 ways", meaning whether he would engage in group sex. When the CW said he was, the defendant said "Kool, when can I join?

During the conversation, between the defendant and the CW which lasted until 7:48 p.m., the defendant, a Metropolitan Police officer, said that he was working that night, and arranged with the CW to come to the CW's residence the following morning . During the conversation, the defendant and the CW discussed in explicit terms the type of sex that they would engage in with the child.

At 12:24 a.m on December 19, 2007, the defendant attempted to establish contact with the CW by sending a text message to the CW's telephone asking whether the CW was awake. . At that time the telephone was in the custody of a Federal Bureau of Investigation (FBI) agent who did not respond to the message. At 5:05 a.m. the agent responded by text message to the defendant saying he was up and asking whether the defendant was going to come over. The defendant said he was, and asked did you "breed him", meaning did you ejaculate in the child without. a condom. The defendant asked additional questions concerning the sexual acts the child would be willing to perform, including kissing and oral sex.

At approximately 7:00 a.m. the defendant arrived at the CW's residence in the District of Columbia and was placed under arrest by Metropolitan Police officers and FBI agents. During a search incident to his arrest, officers recovered lubricant and a laptop computer from the defendant's person.

The defendant's date of birth is xxxxx x, xxxx. Your affiant knows that it is a violation of 22 D.C. Code 3008 for a person more than four years older than a child under the age of 16 to engage in a sex act with that child and that anal penetration by a penis is a sex act as defined in the District of Columbia Code.

                                        TIMOTHY R. PALCHAK
                                        DETECTIVE, MPD

Sworn and subscribed to this _____ day of December, 2007

                                        U.S. MAGISTRATE JUDGE

Case 1:07-mj-00664-JMF    Document 1-2    Filed 12/19/2007    Page 2 of 2